IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOHN CASILLAS
Petitioner

vs                                              CIVIL 97-1645CCC

UNITED STATES OF AMERICA
Respondent

## ORDER

Having considered Petitioner John Casillas' Motion for Extension of Time to File Amended Objections to Magistrate Judge's Report and Recommendation and for a Ruling on the Timeliness of Petitioner's Appeal from the Magistrate Judge's R & R (**docket entry 33**) and the United States' Request for Dismissal of Petitioner's 2255 Motion (**docket entry 31**), this Court's Order of July 27, 1999 (**docket entry 24**) is VACATED. Petitioner's court-appointed counsel is granted a final term of fifteen (15) days after notice to file amended objections to the Magistrate Judge's Report and Recommendation.

SO ORDERED.

At San Juan, Puerto Rico, on February 29, 2000.

CARMEN CONSUELO CEREZO
United States District Judge