IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
RECEIVED & FILED
'00 APR 18  AM 4:38
   CLERK'S OFFICE
 U.S.DISTRICT COURT
   SAN JUAN P R
```

JOHN CASILLAS
Petitioner

vs                                          CIVIL 97-1645CCC

UNITED STATES OF AMERICA
Respondent

## O R D E R

Having considered the Request to Withdraw as Court Appointed Counsel filed by attorney Francisco Rebollo-Casalduc (**docket entry 35**), the same is GRANTED. The Clerk of Court shall proceed to randomly assign new counsel, which appointment shall be governed by 28 U.S.C. §3006A. The new attorney shall make an appearance within five (5) days after his/her designation, and file the amended objections to the Magistrate Judge's Report and Recommendation within a term of forty-five (45) days thereafter.

SO ORDERED.

At San Juan, Puerto Rico, on April 14, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

Courtroom Dpty.
4/18/00

AO 72A
(Rev.8/82)

