IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOHN CASILLAS

Petitioner

vs                                          CIVIL 97-1645CCC

UNITED STATES OF AMERICA

Respondent

## ORDER

The Court has before it a Motion in Response to Court Order filed on May 11, 2000 by recently appointed counsel Ricardo L. Rodríguez-Padilla on behalf of plaintiff (**docket entry 37**). Having considered the circumstances set forth therein, Mr. Rodríguez-Padilla is authorized to enter his formal appearance as counsel for Mr. Casillas on June 14, 2000 and the forty-five day term established in the Court's April 18, 2000 Order (<u>see</u> docket entry 36) to file amended objections to the Magistrate Judge's Report and Recommendation starts to run from June 14, 2000.

SO ORDERED.

At San Juan, Puerto Rico, on May 24, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)