IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOHN CASILLAS
Petitioner

vs.    CIVIL NO. 97-1645CCC

UNITED STATES OF AMERICA
Respondent

## ORDER

Having considered the Motion to Withdraw Legal Representation filed by attorney Ricardo L. Rodríguez-Padilla (**docket entry 40**), the same is GRANTED. The Clerk of Court shall proceed to randomly assign new counsel, which appointment shall be governed by 18 U.S.C. § 3006A. The new attorney shall make an appearance within five (5) days after his/her designation, and file the amended objections to the Magistrate Judge's Report and Recommendation within a term of forty-five (45) days thereafter.

SO ORDERED.

At San Juan, Puerto Rico, on July 27, 2000.

CARMEN CONSUELO CEREZO
United States District Judge




AO 72A
(Rev.8/82)