UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOHN CASILLAS

Petititioner

v.

UNITED STATES OF AMERICA

Respondent

CIVIL NO. 97-1645(CCC)
Re: Criminal No. 90-314-3(CCC)

## ORDER

| MOTION | RULING |
|---|---|
| Docket No. 42<br><br>"Notice of Appearance," by Manuel San Juan, Esq., on behalf of petitioner John Casillas | NOTED. |
| Docket No. 44<br><br>"Request for Extension of Time," by Counsel | GRANTED. |
| Docket No. 46<br><br>"Motion Submitting Petitioner's Pro Se Motion to Amend/Supplement," by Counsel<br><br>Docket No. 49<br><br>"Motion Requesting Substitution of Pages..." by Counsel | GRANTED. The Court is aware that communication between local court-appointed counsel and clients incarcerated in the U.S. Mainland is difficult. However, notwithstanding the Court's acceptance of petitioner's pro se pleading, counsel should make an effort at reviewing the claims stated therein and submitting his position as counsel of record in a pleading of his own in order to assist the Court in identifying and reviewing the legal issues in the case. Counsel is instructed to file the required pleading within sixty (60) days from the date of this Order. |
| Docket No. 48<br><br>Photocopies of FCI Estill's July and August 1999 Inmate Accountable Mail Log, with Certification | NOTED. The United States shall re-address its "Request for Dismissal of Petitioner's 2255 Motion" (Docket No. 31) in light of petitioner's opposition thereto (Docket No. 32) pursuant to FCI Estill's Inmate Accountable Mail Log, and the Court's Order of September 30, 2000 (Docket No. 45). The United States shall file the required pleading within thirty (30) days from the date of this Order. |

DATE: June 22, 2001  s/cs:to ( 3 )
attys/pts
in ICMS

JUN 25 2001

CARMEN CONSUELO CEREZO
United States District Judge