# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**          August 30, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

JOHN A. CASILLAS

Plaintiff

vs                                    CIVIL 97-1645CCC

UNITED STATES OF AMERICA

Defendant

By order of the Court the following motions are referred to U.S. Magistrate Judge Justo Arenas for report and recommendation Motion to Reopen, Alter, or Amend Order of July 27, 1999, United States' Request for Dismissal of Petitioner's 2255 Motion, and Petitioner's Motion to Amend/Supplement Motion to Vacate Under 28 USCA §2255 in Light of Supreme Court's Recent Decisions in <u>Apprendi v. New Jersey</u> and <u>Jones v. United States</u>, **(docket entries 26, 31 and 47).**

                                                       ⁓ - Secretary

s/cs:to ( 3 )
attys/pts
in ICMS

AUG 3 0 2001