## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

JOHN A. CASILLAS
Plaintiff

vs.                                         CIVIL 97-1645CCC

UNITED STATES OF AMERICA
Defendant

## O R D E R

Having considered the Magistrate's Judge's Report and Recommendation filed on April 1, 2002 (**docket entry 55**), the Supplementary Objections filed by petitioner John Casillas through counsel on April 19, 2002 (**docket entry 56**), and the Objection to Recommendation of Magistrate filed by petitioner pro se on April 22, 2002 (**docket entry 57**), the Report and Recommendation is APPROVED and ADOPTED.  Accordingly, the Court RULES as follows:

- the Motion to Reopen, Alter or Amend the Court Order of July 27, 1999 filed by petitioner pro se (**docket entry 26**) is GRANTED.  The Court will consider the Objections to Magistrate's Report and Recommendation filed by petitioner pro se (**docket entry 29**).  The Court notes that despite ample opportunities given to petitioner's various Court-appointed counsels to either amend or supplement said objections (see docket entries 34, 36, 39, 41 & 51), none were filed.

- the United States' Request for Dismissal of Petitioner's 2255 Motion based on his failure to submit timely objections to the original Report and Recommendation (**docket entry 31**) is DENIED.

- Petitioner's Motion to Amend/Supplement His Motion to Vacate Under 28 U.S.C. §2255 (**docket entry 47**) is DENIED.

Having once again reviewed the Motion filed under 28 U.S.C. §2255 (**docket entry 1**), the original Magistrate's Report and Recommendation (**docket entry 23**), and considered



CIVIL 97-1645CCC                    2

the Objections to Magistrate's Report and Recommendation filed by petitioner <u>pro se</u> (**docket entry 29**), the Report and Recommendation is APPROVED and ADOPTED.  Accordingly, the Motion filed under 28 U.S.C. §2255 (**docket entry 1**) is DENIED.  Judgment shall be entered accordingly.

      SO ORDERED.

      At San Juan, Puerto Rico, on May 22, 2002.

                                CARMEN CONSUELO CEREZO
                                United States District Judge

s/cs:to ( 3 )
attys/pts
in ICMS

MAY 2 2 2002