ENTERED ON DOCKET
MAY 2 2 2002
_____ PURSUANT
TO FRCP RULES 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOHN A. CASILLAS
Plaintiff

vs.                                    CIVIL 97-1645CCC

UNITED STATES OF AMERICA
Defendant
_____

## JUDGMENT

Pursuant to the Order denying petitioner's Motion under 28 U.S.C. §2255 (**docket entry 1**) issued on this same date, judgment is hereby entered dismissing this action.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on May 22, 2002.

CARMEN CONSUELO CEREZO
United States District Judge

s/cs:to ( )
attys/pts
in ICMS

MAY 2 2 2002