IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOHN A. CASILLAS
Plaintiff
vs.                                          CIVIL NO. 97-1645 (CCC)
UNITED STATES OF AMERICA                     CR. NO.   90-314 (CCC)
Defendants

## ORDER

Having considered the Motion for Entry of a Final Judgment and to Alter or Amend Judgment filed by plaintiff John A. Casillas pro se on June 26, 2002 (docket entry 61), the same is DENIED. Defendant is reminded that a judgment dismissing this action was issued together with the Order to which he alludes in his motion on May 22, 2002, which the record shows was entered on docket and notified to him on that same date. See docket entry 60.

SO ORDERED.

At San Juan, Puerto Rico, on July 10th, 2002.

CARMEN CONSUELO CEREZO
United States District Judge

s/cs:to (3)
attys/pts
in ICMS

JUl 1 2 2002