IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOHN CASILLAS

    Petitioner

v.

UNITED STATES OF AMERICA

    Respondent

Civil No. 97-1645 (CCC)

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

NOW APPEARS petitioner, John Casillas, through his undersigned counsel, and hereby appeals to the United States Court of Appeals for the First Circuit from the District Court's Judgment of May 22, 2002 dismissing the captioned case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 17th day of July, 2002.

I HEREBY CERTIFY, that on this same date copy of this document was sent by regular mail to: U.S. Attorney's Office, U.S. District Court, Room 152, Federal Building, Chardón Avenue, Hato Rey, Puerto Rico 00918-1714.

MANUEL SAN JUAN
USDC-PR No.: 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.:(787) 723-6637 / (787) 723-6669
Fax: (787) 725-2932