# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                             October 11, 2002

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

JOHN CASILLAS

Petitioner

vs                                          CIVIL 97-1645CCC

UNITED STATES OF AMERICA

Respondent

---

By order of the Court, having considered the Application for Certificate of Appealability filed by petitioner John Casillas on September 25, 2002 (**docket entry 66**), the Court deems necessary to review the relevant documents mentioned in petitioner's motion. It appearing that the entire record of this case has been sent to the Court of Appeals, the Clerk of the Court, through her Appeals Deputy Clerk, is instructed to retrieve copies of said documents FORTHWITH. A copy of these minutes shall be notified to the Clerk of the Court of Appeals. Parties to be notified.

s/cs:to (3)
attys/pts
in ICMS

Appeals Clerk

OCT 1 6 2002

- Secretary