IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOHN A. CASILLAS
Petitioner

vs.                                    CIVIL 97-1645CCC

UNITED STATES OF AMERICA
Respondent

## ORDER

Having considered the Request for Certificate of Appealability Pursuant to 28 U.S.C. §2253(c)(1) filed by petitioner John Casillas on September 25, 2002 (**docket entry 66**), the same is GRANTED. The Court FINDS that petitioner has made a substantial showing of the denial of a constitutional right with his claim that his sentencing was contrary to law and that his counsel was ineffective during the sentencing in allowing the incorrect guidelines to be used.

SO ORDERED.

At San Juan, Puerto Rico, on October 23, 2002.

CARMEN CONSUELO CEREZO
United States District Judge