IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
SAN JUAN DIVISION

| | |
|---|---|
| JOHN A. CASILLAS<br>　　PETITIONER,<br><br>　　　　V.<br><br>UNITED STATES OF AMERICA<br>　　RESPONDENT.<br>_____/ | CIV. NO. 05 CV ____<br>CRIM. NO. 90 CR 0314(CCC)<br>HONORABLE   Carmen C. Cerezo<br>JURISDICTION<br>RULE 60(b)(6), 28 USC.　　APA<br>28 USC §1651(AWA)　　5 USC §556(d)<br>28 USC §1331(FQ)　　　5 USC §701-706<br>ARTICLE III<br>NOTICE OF MOTION<br>[Asking permission to open judgment dated March 22, 2002] |

**TO THE HONORABLE JUDGE CEREZO:**

**PLEASE TAKE NOTICE,** that upon the annexed "Affirmation" of John A. Casillas, the Petitioner, IN PROPIA PERSONA, sui juris, moves this LEGISLATIVE COURT, pursuant to Rule 60(b)(6), Fed.R.Civ.P., 28 USC, 28 USC §1651, 28 USC §1331, the Administrative Procedure Act Title 5 USC §556(d), Title 5 USC §701-706 and under Article III, at the criminal term of the United States District Court for the District of Puerto Rico, San Juan Division, as soon thereafter as motion can be heard, for an Order granting permission to open Judgment dated March 22, 2002, docket entry 59 and 60, 97 CV 1645(CCC), see Appendix A, for e.g., where the Supreme Court held in Davis v. United States, 417 US 333, 339,346,347(1974), "that the intervening change in law" "inherently result[ed] in a complete miscarriage of justice justifying relief under §2255." Id., and for such other and further

1

relief as to the Court may deem just and proper in the premises. Additionally, see also e.g., Klapprott v. United States, 355 US 601 (1949), for the "extraordinary circumstances" use as controlling in Ackerman.

Respectfully submitted this 3 day of February 2005, at Jesup, GA.

John A. Casillas
JOHN A. CASILLAS[DEBTOR]

/S/ John A. Casillas
John A. Casillas[LD NTC PRO-PER]
SUI JURIS - INSOLVENT
#06843-069   Unit B-2