IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
SAN JUAN DIVISION

JOHN A. CASILLAS
    Petioner,

v.

UNITED STATES OF AMERICA
    Respondent.

_____/

Civ. No. 05 CV ____
Crim. No. 90 CR 0314(CCC)

INFORMATIVE MOTION
[ Asking Permission For Leave to File Appendix A.]

MOTION REQUESTING LEAVE TO FILE
THE INCLUSION OF APPENDIX A

TO THE HONORABLE JUDGE CEREZO:

    NOW APPEARS, petitioner, sui juris, pro-per and very respectfully state and prays as follows;

    1) On February 3, 2005 the appearing petitioner filed a ' PETITION FOR LEAVE TO OPEN JUDGMENT ' under Rule 60(b)(6).

    2) Due to an inadvertent petitioner failed to included with his brief Appendix A.

    3) Petitioner hereby submit Appendix A and request that it be included as part of the brief previously filed on February 3, 2005. It is so prayed.

    WHEREFORE, it is respectfully requested that the Court accept, include and attached said documents to petitioner's brief. It is so prayed.

1

Respectfully submitted this __7__ day of February 2005 at Jesup GA.


JoHN A. CASILLAS
JOHN A. CASILLAS[DEBTOR]

/S/ John A. Casillas
John A. Casillas[LD NTC Pro-Per]
Sui Juris - Insolvent
#06843-069  Unit B-2


### CERTIFICATE OF SERVICE AND FILING

On February 7, 2005, I have served this 'MOTION REQUESTING LEAVE FOR THE INCLUSION OF APPENDIX A', through the Unites States Postal Service by depositing said documents in the inmate legal mail box via First Class mail to:

CLERK'S OFFICE, FRANCES RIOS DE MORAN, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO, ROOM 150 FED. BD., 150 AVE. CARLOS CHARDON, SAN JUAN, PUERTO RICO 00918-1767.

RESPONDENT(S), JOSE RUIZ SANTIAGO, AUSC TORRE CHARDON SUITE 1201, 350 CARLOS CHARDON AVE., SAN JUAN, P.R. 00918.


Signed under penalty of perjury pursuant to 28 USC §1746 this __7__ day of February 2005.


JoHN A. CASILLAS
JOHN A. CASILLAS[DEBTOR]

/S/ John A. Casillas
John A. Casillas[LD NTC Pro-per]
Sui Juris - Insolvent
#06843 -069  Unit B-2
Federal Satellite Low
2650 HWY 301 South
Jesup, GA 31599-5601

2