A P P E N D I X    A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JOHN A. CASILLAS
Plaintiff

vs.                                        CIVIL 97-1645CCC

UNITED STATES OF AMERICA
Defendant

## ORDER

Having considered the Magistrate's Judge's Report and Recommendation filed on April 1, 2002 (**docket entry 55**), the Supplementary Objections filed by petitioner John Casillas through counsel on April 19, 2002 (**docket entry 56**), and the Objection to Recommendation of Magistrate filed by petitioner pro se on April 22, 2002 (**docket entry 57**), the Report and Recommendation is APPROVED and ADOPTED. Accordingly, the Court RULES as follows:

- the Motion to Reopen, Alter or Amend the Court Order of July 27, 1999 filed by petitioner pro se (**docket entry 26**) is GRANTED. The Court will consider the Objections to Magistrate's Report and Recommendation filed by petitioner pro se (**docket entry 29**). The Court notes that despite ample opportunities given to petitioner's various Court-appointed counsels to either amend or supplement said objections (see docket entries 34, 36, 39, 41 & 51), none were filed.

- the United States' Request for Dismissal of Petitioner's 2255 Motion based on his failure to submit timely objections to the original Report and Recommendation (**docket entry 31**) is DENIED.

- Petitioner's Motion to Amend/Supplement His Motion to Vacate Under 28 U.S.C. §2255 (**docket entry 47**) is DENIED.

Having once again reviewed the Motion filed under 28 U.S.C. §2255 (**docket entry 1**), the original Magistrate's Report and Recommendation (**docket entry 23**), and considered

CIVIL 97-1645CCC                    2

the Objections to Magistrate's Report and Recommendation filed by petitioner <u>pro se</u> (**docket entry 29**), the Report and Recommendation is APPROVED and ADOPTED. Accordingly, the Motion filed under 28 U.S.C. §2255 (**docket entry 1**) is DENIED. Judgment shall be entered accordingly.

    SO ORDERED.

    At San Juan, Puerto Rico, on May 22, 2002.

                                        CARMEN CONSUELO CEREZO
                                        United States District Judge

s/ca:to (3)
attys/pts
in ICMS

MAY 2 2 2002

ENTERED ON DOCKET:
MAY 2 2 2002
_____ PURSUANT
TO FRCP RULES 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOHN A. CASILLAS
Plaintiff

vs.   CIVIL 97-1645CCC

UNITED STATES OF AMERICA
Defendant

## JUDGMENT

Pursuant to the Order denying petitioner's Motion under 28 U.S.C. §2255 (**docket entry 1**) issued on this same date, judgment is hereby entered dismissing this action.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on May 22, 2002.

CARMEN CONSUELO CEREZO
United States District Judge

s/cs:to ( 7 )
attys/pts
in ICMS

MAY 2 2 2002