CIVIL ACTION NO. _____

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
SAN JUAN DIVISION

$97,955 IN U.S. CURRENCY
[JOHN A. CASILLAS]
Petitioner,

V.

UNITED STATES OF AMERICA
Respondent.

ON PETITION FOR SUMMARY JUDGMENT PURSUANT TO
RULE 56(c) OF THE RULES OF CIVIL PROCEDURES

HONORABLE CARMEN CONSUELO CEREZO
UNITED STATES DISTRICT JUDGE

John A. Casillas[LD NTC PRO-PER]
Sui Juris-INDIGENT
Federal Satellite Low
2650 HWY 301 South
Jesup, GA 31599-5601

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
SAN JUAN DIVISION

$97,955, IN U.S. CURRENCY
  [JOHN A. CASILLAS]
     Petitioner,

CIV.NO _____

HONORABLE Carmen C. Cerezo

NOTICE OF FILLING

[Asking for permission to file for summary judgment]

  v.

UNITED STATES OF AMERICA
     Respondent.
_____/

    **PLEASE TAKE NOTICE**, that upon the annexed Affirmatin of John A. Casillas[LD NTC Pro-per] the petitioner. per-se, sui juris, moves this Court, under Rule 56(c), Fed.R.Civ.P. to enter its order granting pettioner's summary judgment against the Respondent(s) on the ground that the information the United States attorney cites in "relation to the sum of $97,955 that the defendant[petitioner] alleges in in the possession of the Government that the Agent has assure to Jose Ruiz Santiago that he[the Agent] will provide information as to the money seized", in his request for extension of time is taken as true, sets forth specific facts shown there is no genuine issue of fact for trial and there is no case or controversy. Therefore summary judgment is appropriate under the circumstance. When there are no material facts in dispute between the parties and that as a matter of law petitioner is entitled to relief prayed in his complaint.

    Respectfully submitted this _18_ day of November 2004 at Jesup, GA.

JOHN A. CASILLAS[DEBTOR]
JOHN A. CASILLAS[DEBTOR]

/s/ John A. Casillas
John A. Casillas[LD NTC PRO-PER]
Sui Juris #06843-069 Unit B-2

## AFFIRMATION

I do hereby declare and affirms that the facts in the foregoing petition "INFORMATIVE MOTION IN SUPPORT OF SUMMARY JUDGMENT" are true with respect and under the perspective of positive evidence.

I have read the foregoing and state that it is true and correct.

Signed under penalty of perjury under 28 USC §1746 this 18 day of November 2004.

JOHN A. CASILLAS[DEBTOR]
JOHN A. CASILLAS[DEBTOR]

/s/ John A. Casillas
John A. Casillas[LD NTC PRO-PER]
Sui Juris-INDIGENT
#06843-069  Unit B-2
Federal Satellite Low
2650 HWY 301 South
Jesup, GA 31599-5601