IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOHN CASILLAS<br>Petitioner<br>vs<br>UNITED STATES OF AMERICA<br>Respondent | CIVIL 97-1645CCC |

# O R D E R

      Having considered the Petition for Leave to File Motion to Open Judgment Dated March 22, 2002 Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure, 28 U.S.C.A. (**docket entry 70**), the same is DENIED, without prejudice, as premature. The Supreme Court has yet to determine whether or not Blakely and Booker are to be retroactively applied. See Cuevas v. Derosa, 386 F.3d 367, 368 (1st Cir. 2004). Apprendi does not apply retroactively. Sepúlveda v. United States, 330 F.3d 55 (1st Cir. 2003).

      SO ORDERED.

      At San Juan, Puerto Rico, on March 30, 2005.

                                                  S/CARMEN CONSUELO CEREZO
                                                  United States District Judge