IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOHN CASILLAS<br>Petitioner<br>vs<br>UNITED STATES OF AMERICA<br>Respondent | CIVIL 97-1645CCC |

# O R D E R

The Motion Requesting Leave to File the Inclusion of Appendix A (**docket entry 71**) is GRANTED.

The Petition for Summary Judgment Pursuant to Rule 56(c) of the Rules of Civil Procedure (**docket entry 72**) is STRICKEN from the record. This document does not pertain to the case before us, which is a Motion to Reopen the Judgment in Cr. 90-0314CCC. The Motion for Summary judgment belongs to Cr. 90-0314. The Clerk of Court shall file it in that case.

SO ORDERED.

At San Juan, Puerto Rico, on March 31, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge