IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOHN CASILLAS<br>Petitioner<br>vs<br>UNITED STATES OF AMERICA<br>Respondent | CIVIL 97-1645CCC |

# O R D E R

Having considered the Notice of Motion (for Leave to File Motion for Reconsideration for Jurisdictional element) (**docket entry 75**), the same is DENIED. The post-judgment Motion for Return of Property (see docket entry 235) filed in petitioner's criminal case, Cr. 90-0314, did not reopen the Judgment in that case.

SO ORDERED.

At San Juan, Puerto Rico, on June 8, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge