IN THE

DISTRICT COURT OF THE UNITED STATES

DISTRICT OF PUERTO RICO

SAN JUAN DIVISION

JOHN ANTONIO CASILLAS
    Petitioner/Appellant,

v.

UNITED STATES OF AMERICA
    Respondent/ Appellee.

_____/

Civ. No. 97 CV 1645  CCC
Crim. No. 90 CR 0314 CCC

RECEIVED AND FILED
2005 JUN 24  PM 1:21
CLERK
U.S. DISTRICT COURT
SAN JUAN, PR.

NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the above petitioner appeals to the Circuit Court of Appeals for the First Circuit from the order entered on June 8, 2005 and received by the petitioner at Federal Satellite Low, Jesup, GA on June 13, 2005, denying Notice of Motion(for leave to file motion for reconsideration for jurisdictonal element) under Rule 59(e) to alter or amend the denying of Motion under Rule 60(b)(to open a void judgment) based on the Supreme Court Precedent [Booker/Fanfan making the federal sentencing guideline unconstitutional].

DATED: June 17, 2005,

JOHN A. CASILLAS
JOHN A. CASILLAS[DEBTOR]

☑ FILING FEES PENDING
☐ FILING FEES PAID
1 S/C APPEAL'S CLERK

Respecfully submitted,

/s/ John A. Casillas
John A. Casillas[LD NTC Pro-per]
Sui Juris - Insolvent
#06843-069   UNIT B-2
Federal Satellite Low
2650 HWY 301 South
Jesup, GA 31599