John A. Casillas
#06843-069  Unit B-2
Federal Satellite Low
2650 HWY 301 South
Jesup, GA 31599-5601

LEGAL MAIL

00918+1767

FRANCES RIOS DE MORAN, CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
ROOM 150 FED. BLD.
AVE. CARLOS CHARDON NO. 150
SAN JUAN, P.R. 00918-1767


