UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** July 20, 2005

**DC #:** 97-1645 (CC)

**APPEAL FEE PAID:** YES ____ NO __X__

**CASE CAPTION:** John A. Casillas v. USA

**IN FORMA PAUPERIS:** YES ____ NO __X__

**MOTIONS PENDING:** YES ____ NO __X__

**NOTICE OF APPEAL FILED BY:** Plaintiff

**APPEAL FROM:** Order entered on 06/09/05

**SPECIAL COMMENTS:** Original documents in file folders

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| **Docket Entries  1-15** | I |
| **Docket Entries  16-30** | II |
| **Docket Entries  31-77** | III |

I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the record on appeal in the case.

                                                          **FRANCES RIOS DE MORAN**
                                                          Clerk of the Court

                                                          S/ Xiomara Muñiz
                                                          Xiomara Muñiz
                                                          Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk