Ms. FRANCIS RIOS DE MORAN
Chief Clerk, U.S. District Court
District Of Puerto Rico
Federico Degetau, Federal Bldg. RM.150
150 Carlos Chardon Ave.
Hato Rey, Puerto Rico 00918-1767

November 9, 2005

RECEIVED & FILED
05 NOV 21 PM 5:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Re:      CV. 97-1645(CCC)

Subject: Request for complete docket sheet of criminal case above.


Dear Ms. RIOS DE MORAN:

I respectfully request complete copy of docket sheet of Civil case 97-1645(CCC)



With nothing more but my most sincere appreciation.



*[signature: John A. Casillas]*
John A. Casillas
06843-069 Unit B-2
Federal Satellite LOw
2650 Hwy 301 South
Jesup, GA   31599