IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| |  |
|---|---|
| JOHN A. CASILLAS<br>Petitioner<br>vs<br>UNITED STATES OF AMERICA<br>Respondent | CIVIL 97-1645CCC |

# O R D E R

Petitioner having failed to file a motion for a certificate of appealability, as required by the Order of the U.S. Court of Appeals filed on August 19, 2005 (see docket entry 79), the appeal having been dismissed on January 10, 2006 (see docket entry 82), his pro se letter (**docket entry 81**) is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on January 17, 2006.

S/CARMEN CONSUELO CEREZO
United States District Judge